JUDGE SULLIVAN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**



|  |  |
|---|---|
| MICHAEL A. GOMEZ, d/b/a MICHAEL A. GOMEZ DESIGNS : : |  |
| Plaintiff, : | Civil Action No. |
| v. : |  |
| : | **COMPLAINT FOR COPYRIGHT** |
| REUBIN SIMANTOV, d/b/a : R SIMANTOV FINE JEWELRY : | **INFRINGEMENT** |
| : | **DEMAND FOR JURY TRIAL** |
| Defendant. : |  |

Plaintiff Michael A. Gomez, doing business as Michael A. Gomez Designs

("Plaintiff"), by and through his undersigned attorneys, as and for his Complaint against

Defendant Reubin Simantov, doing business as R Simantov Fine Jewelry ("Defendant"), alleges

as follows:

### JURISDICTION AND PARTIES

1.      Plaintiff is an individual, doing business as Michael A. Gomez Designs,

and is a citizen of the State of Jersey.

2.      On information and belief, Defendant is an individual residing at 54 West

84th Street, New York, New York, and is a citizen of the State of New York.

3.      This is an action for copyright infringement arising under the United

States Copyright Act, 17 USC §101, et. seq.  This Court has subject matter jurisdiction over this

claim pursuant to 17 USC §§501-509 and 28 USC §§1331 and 1338.

4.      Venue lies in the Southern District of New York pursuant to 28 U.S.C. §§1391 and 1400 in that Defendant transacts business and/or resides in this district, and/or a substantial part of the events giving rise to Plaintiff's claim occurred in this district.

## COUNT I – COPYRIGHT INFRINGEMENT

5.      Plaintiff is the creator, author, and owner of all rights of copyright in and to the jewelry designs for certain necklaces, including the Sunshine Feather Necklace depicted in Exhibit A attached hereto and incorporated by reference (the "Sunshine Feather Necklace").

6.      On September 25, 2007, Plaintiff submitted to the United States Copyright Office the requisite deposit, application and fee required for expedited registration of Plaintiff's rights of copyright in the jewelry design for the Sunshine Feather Necklace. Copies of the copyright application and filing submission are attached as Exhibit B.

8.      The Copyright Office issued a Certificate of Registration for the Sunshine Feather Necklace effective September 28, 2007. A copy of the Certification of Registration is attached as Exhibit C.

9.      Defendant, without authorization of Plaintiff as the owner of all rights of copyright in the jewelry design for the Sunshine Feather Necklace, and in violation of 17 U.S.C. §§ 101 et seq., has intentionally and willfully copied, distributed, and publicly displayed jewelry designs that are substantially similar to the Plaintiff's copyrighted jewelry design for the Sunshine Feather Necklace. Defendant's infringing jewelry designs are depicted in Exhibit D.

10.     Defendant sells and offers for sale the infringing jewelry designs, displays pictures thereof, and distributes the infringing jewelry designs on and through its interactive

website, www.rsimantov.com, which is transmitted into, and which is accessible from, any computer located within the State of New York. Defendant also maintains a post office box at Planetarium Station in New York, New York, which Defendant represents is the business address of R Simantov Fine Jewelry. Defendant has further solicited sales of jewelry designs that are substantially similar to the Sunshine Feather Necklace and has ordered copies of such copyrighted work through Platina Casting, located at 2 West 47th Street #502, New York, New York, 10036.

11.     Defendant also is displaying, or has displayed, Plaintiff's copyrighted work at trade shows and galleries located in Massachusetts, Arizona, and London, England.

12.     Defendant's actions constitute copyright infringement and have caused and will continue to cause Plaintiff irreparable harm and injury unless enjoined by this Court.

13.     By reason of Defendant's infringement of Plaintiff's copyright in the designs for the Sunshine Feather Necklace, Defendant has derived revenues and profits attributable to said infringements, the amount of which has yet to be ascertained. Plaintiff also has suffered actual damages, including lost profits, in an amount yet to be ascertained, and irreparable harm to its goodwill, reputation, market share and advantageous business relationships.

14.     Defendant's infringement of Plaintiff's copyright in the designs for the Sunshine Feather Necklace was committed "willfully" as that term is used in 17 U.S.C. § 504(c)(2). At all times mentioned herein, and upon information and belief, Defendant was aware of, and had reason to believe, that his acts constituted infringement of Plaintiff's copyright, and

MEI 7634434v.2

because Plaintiff has placed Defendant on notice of its claims the continuing infringements have been willful.

15.     Plaintiff also is the creator, author, and owner of all rights of copyright in and to the designs for certain other jewelry including the following:

a.     the Open Feather Necklace depicted in Exhibit E attached hereto and incorporated by reference (the "Open Feather Necklace");

b.     the Feather Earrings depicted in Exhibit F attached hereto and incorporated by reference (the "Feather Earrings");

c.     the Mussel Necklace depicted in Exhibit G attached hereto and incorporated by reference (the "Mussel Necklace");

d.     the Mussel Earrings depicted in Exhibit H attached hereto and incorporated by reference (the "Mussel Earrings");

e.     the Feather Puff Cuff depicted in Exhibit I attached hereto and incorporated by reference (the "Feather Puff Cuff"); and

f.     the Snake Bracelet depicted in Exhibit J attached hereto and incorporated by reference (the "Snake Bracelet").

16.     On September 25, 2007, Plaintiff submitted to the United States Copyright Office the requisite deposit, application and fee required for registration of Plaintiff's rights of copyright in the jewelry designs for the Open Feather Necklace; Feather Earrings; Mussel

-4-

Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet. Copies of the copyright applications and filing submissions are attached as Exhibits K, L, M, N, O and P, respectively.

17.    Plaintiff anticipates that the Copyright Office will issue certificates of registration for the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet shortly.

18.    Defendant, without authorization of Plaintiff as the owner of all rights of copyright in the jewelry designs for the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, and in violation of 17 U.S.C. §§ 106A et seq., has intentionally and willfully publicly displayed Plaintiff's copyrighted jewelry designs for the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, without attributing the authorship of those designs to Plaintiff.

19.    Defendant's display of the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, without attributing the authorship of those designs to Plaintiff was committed "willfully" as that term is used in 17 U.S.C. § 504(c)(2). At all times mentioned herein, and upon information and belief, Defendant was aware of, and had reason to believe, that his acts constituted infringement of Plaintiff's copyright, and because Plaintiff has placed Defendant on notice of its claims the continuing infringements have been willful.

MEI 7634434v.2

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

A.    Temporarily, preliminarily and permanently restraining and enjoining Defendant, and his employees, officers, agents, representatives, successors and assigns, and all those acting in active concert or participation with him, against further infringement of Plaintiff's copyrighted jewelry design, including the direct or indirect copying, manufacturing, displaying, vending, distributing, selling, promoting, advertising, using, or disposing of in any manner of the infringing jewelry for the Sunshine Feather Necklace, or any derivative works thereof, and any other copyrightable subject matter owned by Plaintiff.

B.    Temporarily, preliminarily and permanently restraining and enjoining Defendant, and his employees, officers, agents, representatives, successors and assigns, and all those acting in active concert or participation with him, against further public display of the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, without attributing the authorship of those designs to Plaintiff.

C.    An order requiring the Defendant to impound and to recall all infringing materials, designs, products, molds, models and tools from manufacturers, intermediaries, and all levels of distribution, and to deliver them to Plaintiff or its counsel for destruction;

D.    That all other materials, designs, products, molds, models and tools relating to the infringing jewelry and its packaging in the possession or control of Defendant, including all means of production of the infringing works, be delivered and/or destroyed as the Court shall direct, pursuant to 17 U.S.C. §§503 and 509.

ME1 7634434v.2

E.    Copyright damages in the greater of:

(1)    the actual damages suffered by Plaintiff as a result of Defendant's infringement of Plaintiff's copyright and profits derived by Defendant from his infringement of Plaintiff's copyright; or

(2)    maximum statutory damages for infringement of Plaintiff's copyright pursuant to 17 U.S.C. § 504(c)(1) and (2).

F.    That Defendant be required to provide an accounting of his financial records to determine the amount of Defendant's profits and other unjust enrichment sums attributable to Defendant's unlawful acts;

G.    That Defendant be required to pay Plaintiff its costs and attorneys fees pursuant to the Copyright Act.

H.    An order awarding compensatory, treble and punitive damages, attorneys' fees, costs of suit, and pre-judgment interest; and

I.    For such other and further relief as the Court deems just and equitable.

MEI 7634434v.2

**McCARTER & ENGLISH, LLP**
Attorneys for Plaintiff Michael A. Gomez,
d/b/a Michael A. Gomez Designs

Dated:  August 27, 2008                By: _____
                                            Gary H. Fechter
                                            245 Park Avenue
                                            27th Floor
                                            New York, N.Y.  10167-0001
                                            Telephone:  (212) 609-6800
                                            Facsimile:  (212) 609-6921
                                            e-mail:  gfechter@mccarter.com


## DEMAND FOR TRIAL BY JURY

Plaintiff demands a jury on all issues so triable pursuant to Rule 38(b) of the

Federal Rules of Civil Procedure.


**McCARTER & ENGLISH, LLP**
Attorneys for Plaintiff Michael A. Gomez,
d/b/a Michael A. Gomez Designs

Dated:  August 27, 2008                By: _____
                                            Gary H. Fechter
                                            245 Park Avenue
                                            27th Floor
                                            New York, N.Y.  10167-0001
                                            Telephone:  (212) 609-6800
                                            Facsimile:  (212) 609-6921
                                            e-mail:  gfechter@mccarter.com

MEI 7634434v.2

# EXHIBIT A



The cord goes through each Feather section. When there is no slack each section inter- lock with each other.

The Feather section graduate from 5/16" to 2" long.

Sunshine
Feather Necklace
by Michael A. Gomez

One 18k Gold Clasp with two rose cut Diamonds set on both sides of clasp and two 18k Gold Feather cones. Attached to each end of Feather Cones are the two ends of cord.

75 Feather sections. Alternating every 2 sections Silver and 18k. Gold

Side view of a Feather section

# EXHIBIT B



McCARTER
ENGLISH
ATTORNEYS AT LAW

September 25, 2007

VIA EXPRESS MAIL

Special Handlings
Copyright Receiving and Processing
P.O. Box 71380
Washington, DC  20024-1380

Re:  Expedited Processing of Application to Register Copyright

**Elizabeth M. Swift**
Associate
T. 860.275.6738
F. 860.560.5949
eswift@mccarter.com

Dear Sir or Madam:

Attached hereto is an application for copyright registration for a work of the visual arts, namely, a jewelry design entitled "Sunshine Feather Necklace".  In keeping with the statutory requirements for registration, this submission includes a fully filled and executed Form VA, one set of identifying material, and a check in the amount of $45 to cover the fee for registration.

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

The author, by and through his attorney, **hereby requests EXPEDITED PROCESSING of this application** for registration, on the grounds that there is prospective litigation to enforce his rights of display and attribution of this work.  A second check in the amount of $685 is enclosed to cover the fee for special handling.

If special handling is not available or if the Register of Copyrights has any questions regarding this submission, please contact the undersigned attorney by telephone at 860-275-6738.

Respectfully Submitted,

*Elizabeth M. Swift*
Elizabeth M. Swift

Enclosures

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6790425v.1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**Title of This Work ▼**

Sunshine Feather Necklace

**NATURE OF THIS WORK ▼** See Instructions

Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

# 2

## a

**NAME OF AUTHOR ▼**

Michael Gomez

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1969

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see Instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ USA
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design ☐ Architectural work

## b

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

# 3

## a

**Year in Which Creation of This Work Was**
Completed     2003
This information must be given
Year in all cases.

## b

**Date and Nation of First Publication of This Particular Work**
Complete this information Month _____ Day _____ Year _____
ONLY if this work
has been published.                                          Nation

# 4

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

b

Area code and daytime telephone number  ( 860 ) 275-6738          Fax number  ( 860 ) 560-5949

Email  eswift@mccarter.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of  Michael Gomez
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Elizabeth M. Swift                                    Date *September 25, 2007*

Handwritten signature (X) ▼
X *Elizabeth M. Swift*

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
• SEND ALL 3 ELEMENTS
  IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
• MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2005  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-320-958/60,126



75 Feather sections
Alternating every 2 sections
Silver and 18k Gold

Side view of
a Feather section

One 18k Gold Clasp with two rose cut Diamonds set on both sides of clasp and two
18k Gold Feather cones. Attached to each end of Feather Cones are the two ends of cord.

The cord goes through
each Feather section. When
there is no slack each section
inter-lock with each other.

The Feather section
graduate from 5/16"
to 2" long.

Sunshine
Feather Necklace
by Michael A. Gomez

MCCARTER & ENGLISH, LLP
CITYPLACE, 185 ASYLUM STREET
HARTFORD, CT 06103

100516

BANK OF AMERICA
CITYPLACE, HARTFORD, CT

55-33/212 NJ
63442

FED TAX I.D. 22-1534652

DATE     09-20-07

AMOUNT

$45.00

VOID AFTER 90 DAYS

***FORTY-FIVE AND 00/100DOLLARS***

PAY
TO THE
ORDER OF
REGISTER OF COPYRIGHTS
LIBRARY OF CONGRESS, COPYRIGHT OFFICE
101 INDEPENDENCE AVE., S.E.
WASHINGTON, DC 20559-6000

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

⑈100516⑈ ⑆021200339⑆ 0038151386271⑈

ABSENCE OF PINK U.S. PATENT NUMBERS UNDER SIGNATURE INDICATES CHECK IS FRAUDULENT. PATENT NUMBERS ARE PRINTED WITH HEAT SENSITIVE INK & WILL DISAPPEAR WHEN BLOWING OR RUBBING

MCCARTER & ENGLISH, LLP ATTORNEY BUSINESS ACCT     CHECK DATE: 09-20-07    CHECK NO.:    100516

| DATE | INVOICE | VOUCHER | DESCRIPTION | NET | | | |
|------|---------|---------|-------------|-----|---|---|---|
| 09-19-07 | SUNSHINE NECKLAC | 479476 | | 45.00 | | | |
| VENDOR:   REGISTER OF COPYRIGHTS | | | REF NO.: | | | TOTAL | $45.00 |

MCCARTER & ENGLISH, LLP
CITYPLACE, 185 ASYLUM STREET
HARTFORD, CT 06103

BANK OF AMERICA
CITYPLACE, HARTFORD, CT

100508

55-33/212 NJ
63442

FED TAX I.D. 22-1534652

DATE   09-20-07

AMOUNT

$685.00

VOID AFTER 90 DAYS

***SIX HUNDRED EIGHTY-FIVE AND 00/100DOLLARS***

PAY
TO THE
ORDER OF
REGISTER OF COPYRIGHTS
LIBRARY OF CONGRESS, COPYRIGHT OFFICE
101 INDEPENDENCE AVE., S.E.
WASHINGTON, DC 20559-6000

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

⑈100508⑈ ⑆021200339⑆ 003815138627⑈

ABSENCE OF PINK U.S. PATENT NUMBERS UNDER SIGNATURE INDICATES CHECK IS FRAUDULENT. PATENT NUMBERS ARE PRINTED WITH HEAT SENSITIVE INK & WILL DISAPPEAR WHEN BLOWING OR RUBBING

MCCARTER & ENGLISH, LLP ATTORNEY BUSINESS ACCT        CHECK DATE: 09-20-07     CHECK NO.:     100508

| DATE | INVOICE | VOUCHER | DESCRIPTION | NET | | |
|---|---|---|---|---|---|---|
| 09-19-07 | 091907EMS | 479455 | | 685.00 | | |
| | | | | | | |
| VENDOR:   REGISTER OF COPYRIGHTS | | | REF NO.: | | TOTAL | $685.00 |

# EXHIBIT C



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 952-026**

**Effective date of registration:**

September 28, 2007

## Title

**Title of Work:** Sunshine Feather Necklace

**Nature of Work:** Jewelry Design

## Completion/Publication

**Year of Completion:** 2003

## Author

■ **Author:** Michael A. Gomez

**Author Created:** Jewelry design

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1969

**Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Michael A. Gomez

25 Park Avenue, Englishtown, NJ, 07726

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Elizabeth M. Swift, authorized agent of Michael Gomez

**Date:** September 25, 2007

IPN#:

* *

Registration #:

* V A U 0 0 0 9 5 2 0 2 6 *

Service Request #:  1-12951211

McCarter & English, LLP
Elizabeth M. Swift
City Place 1, 185 Asylum Street
Hartford, CT 06103-3495

# EXHIBIT D



# R SIMANTOV

EARRINGS    BRACELETS    BROOCHES    NECKLACES    RINGS    CUFFLINKS                    COLLECTION    THE DESIGNER



The Feathers
Necklace of alternating 18K
gold and fine silver feathers.

download Flash Player | web design by Truax and Company

# The **Metal** Gallery

| Artists | Exhibitions | Weblog |

Contact

Art as a Jewel
- ROWLANDSON
- SIMANTOV
- RATING

Silver & Copper

Metalwork Sculpture

Steel & Other Metals

# SIMANTOV

« Previous  |  Main Page  |  Next »



Artist:
REUBIN SIMANTOV (c.1910-2005)

Title:
Gold necklace

Description:
An 18K green gold necklace of graduated feathers, in the form of two wings.

Contact The Metal Gallery about this piece »

# EXHIBIT E

# Open Feather Necklace



Rivets through
steel spring wire

2 3/4"

45 gold feather sections that inter-lock

Side view of
a feather link

by Michael A. Gomez

# EXHIBIT F



# Feather Earrings
## by Michael A. Gomez

side view

One gold piece set with a stone and a clip back attached

Chain going through feather cones. When there is no slack the feather cones go inside each other.

Three Feather cone sizes

Four gold feathers with swivle, dangling from gold cup attached to chain

1 1/4"

2¼"

# EXHIBIT G

Seahorse Clasp:
One gold piece with gemstone
set in belly of seahorse and in eyes.
Tail of seahorse hookes into
link attached to mussel link

Eight sizes of gold
mussel links



Swivle allowing
mussel link to spin

Rivet through top of one
mussel link and through
the bottom of the next
mussel link

Rivet

1"

Approx
5 1/4"

# Mussel Necklace

## by Michael A. Gomez



# EXHIBIT H

# Mussel Earrings

by Michael A. Gomez

Side view of crab clips:
Two gold pieces set with
gemstone and a clip back attached



Swivle attached to bezel
with a stone set, making
the three gold mussel
links spin

Rivets through top
of one gold mussel
link and through the
bottom of the next
gold mussel link

Chain attached to the
inside of mussel link
then to a stone

Three sizes of gold
mussel links

1 3/4"



# EXHIBIT I

# Feather Puff Cuff
## by Michael A. Gomez





7/8"

= One gold piece

= Two gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces with stones set

Top view

Spring opens to slip wrist in

Rivets through spring steel holding in place

3 1/4"

# EXHIBIT J

# Snake Bracelet

## by Michael A. Gomez 



Snake head one piece with six rosecut
and two color stones for eyes

1/2"

Eight sizes of cups with five
rosecut diamond set in each

One tail piece with
rosecut diamonds

Steel spring

Chain linked to
steel spring

Rivet through
chain making
tail dangle

Rivet through
steel spring
holding head

Top view of a set
snake cup

Spring opening for wrist
to slip in

# EXHIBIT K

For current fees, check the Copyright Office website at www... or call (202) 707-3000.

right Office, or call (202) 707-3000.

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| VA | VAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Open Feather Necklace

NATURE OF THIS WORK ▼ See instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1969

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
{ Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
{ Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was
Completed    2003    ◄ Year in all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___    Day ___    Year ___
Nation ___

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

5

EXAMINED BY                                    FORM VA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
  Elizabeth M. Swift
  McCarter & English, LLP
  185 Asylum Street
  Hartford, CT 06103-3495

Area code and daytime telephone number   ( 860 ) 275-6738                    Fax number    ( 860 ) 560-5949

Email   eswift@mccarter.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Michael Gomez
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
  Elizabeth M. Swift                                          Date September 25, 2007

Handwritten signature (X) ▼
  X Elizabeth M. Swift

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-320-958/60,126

# Open Feather Necklace



Rivets through
steel spring wire

2 3/4"

45 gold feather sections that inter-lock

Side view of
a feather link

by Michael A. Gomez

# EXHIBIT L

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Feather Earrings

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

## 2

**a**

**NAME OF AUTHOR ▼**

Michael Gomez

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1969

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ USA
    { Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☑ Jewelry design  ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
    { Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

## 3

**a** **Year in Which Creation of This Work Was Completed**
2004
Year in all cases.

This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month ___ Day ___ Year ___
ONLY if this work
has been published.                                                  Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey  07726

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____    Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____    Account Number ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

   Elizabeth M. Swift
   McCarter & English, LLP
   185 Asylum Street
   Hartford, CT  06103-3495

Area code and daytime telephone number ( 860 ) 275-6738          Fax number  ( 860 ) 560-5949

Email   eswift@mccarter.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of   Michael Gomez
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift                                         Date  *September 25, 2007*

Handwritten signature (X) ▼

X  *Elizabeth M. Swift*

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                U.S. Government Printing Office: 2004-320-956/60,126



# Feather Earrings
## by Michael A.Gomez

side view

One gold piece set with a stone and a clip back attached

Chain going through feather cones. When there is no slack the feather cones go inside each other.

Three Feather cone sizes

Four gold feathers with swivle, dangling from gold cup attached to chain

1 1/4"

2 1/4"

# EXHIBIT M

Copyright Office, fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Mussell Necklace

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

---

## 2

**a**

**NAME OF AUTHOR ▼**

Michael Gomez

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1969

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   USA
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

## 3

**a** Year in Which Creation of This Work Was
Completed  2005
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation

---

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

4

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

Area code and daytime telephone number  ( 860 ) 275-6738            Fax number  ( 860 ) 560-5949

Email   eswift@mccarter.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___Michael Gomez___
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift                                    Date  _September 25, 2007_

Handwritten signature (X) ▼

X  _Elizabeth M. Swift_

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                    U.S. Government Printing Office: 2004-320-958/60,126

Seahorse Clasp:
One gold piece with gemstone
set in belly of seahorse and in eyes.
Tail of seahorse hookes into
link attached to mussel link

Eight sizes of gold
mussel links



Swivle allowing
mussel link to spin

Rivet through top of one
mussel link and through
the bottom of the next
mussel link

Rivet

1"

Approx
5 ¼"

# Mussel Necklace

## by Michael A. Gomez



# EXHIBIT N

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|       |       |
|-------|-------|
| VA    | VAU   |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼          NATURE OF THIS WORK ▼ See instructions

Mussell Earrings              Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a** NAME OF AUTHOR ▼          DATES OF BIRTH AND DEATH
Michael Gomez                 Year Born ▼ 1969   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design  ☐ Architectural work

**b** Name of Author ▼          Dates of Birth and Death
                               Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed   2005
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ___   Day ___   Year ___   Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey  07726

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.  · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**b**

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06103-3495

Area code and daytime telephone number    ( 860 ) 275-6738        Fax number    ( 860 ) 560-5949

Email    eswift@mccarter.com

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Michael Gomez
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Elizabeth M. Swift                Date *September 25, 2007*

Handwritten signature (X) ▼

X *Elizabeth M. Swift*

**9** Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper        U.S. Government Printing Office: 2004-320-958/60,126

# Mussel Earrings

by Michael A. Gomez

Side view of crab clips:
Two gold pieces set with
gemstone and a clip back attached



Swivle attached to bezel
with a stone set, making
the three gold mussel
links spin

Rivets through top
of one gold mussel
link and through the
bottom of the next
gold mussel link

Chain attached to the
inside of mussel link
then to a stone

Three sizes of gold
mussel links

1 3/4"



# EXHIBIT O

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  | VA |  | VAU |
|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼

Feather Puff Cuff

NATURE OF THIS WORK ▼ See instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1969

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  USA
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.                        Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

2

FORM VA

| | |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

**b**

Area code and daytime telephone number  ( 860 ) 275-6738          Fax number  ( 860 ) 560-5949

Email  eswift@mccarter.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Michael Gomez
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift          Date  *September 25, 2007*

Handwritten signature (X) ▼

X  *Elizabeth M. Swift*

| | | |
|---|---|---|
| **Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address:** | Name ▼ | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
| | | **SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to *Register of Copyrights*<br>3. Deposit material |
| | Number/Street/Apt ▼ | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |
| | City/State/ZIP ▼ | |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-320-958/60,126

# Feather Puff Cuff
## by Michael A. Gomez 



7/8"

= One gold piece

= Two gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces with stones set

Top view

Spring opens to slip wrist in

Rivets through spring steel holding in place

3 1/4"

# EXHIBIT P

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA            VAU

**EFFECTIVE DATE OF REGISTRATION**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Snake Bracelet

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a  Michael Gomez

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1969

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☑ Jewelry design  ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

## 3

**Year in Which Creation of This Work Was**
a Completed  2003
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
b Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
_____ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 6.

**DO NOT WRITE HERE**

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

b

Area code and daytime telephone number    ( 860 ) 275-6738     Fax number    ( 860 ) 560-5949

Email    eswift@mccarter.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    Michael Gomez

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift     Date  *September 25, 2007*

Handwritten signature (X) ▼

X  *Elizabeth M. Swift*

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# Snake Bracelet

## by Michael A. Gomez 



Snake head one piece with six rosecut
and two color stones for eyes

1/2"

Eight sizes of cups with five
rosecut diamond set in each

One tail piece with
rosecut diamonds

Steel spring

Chain linked to
steel spring

Rivet through
chain making
tail dangle

Rivet through
steel spring
holding head

Top view of a set
snake cup

Spring opening for wrist
to slip in