IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SEP - 2 2008

U.S.D.C. S.D. N.Y.
CASHIERS

|  |  |
|---|---|
| MICHAEL A. GOMEZ, d/b/a MICHAEL A. GOMEZ DESIGNS | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| REUBIN SIMANTOV, d/b/a R SIMANTOV FINE JEWELRY and REUBIN SIMANTOV, INC., | : |
| | : |
| Defendants. | : |

Civil Action No. _08 cv 7590_

**AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Michael A. Gomez, doing business as Michael A. Gomez Designs ("Plaintiff"), by and through his undersigned attorneys, as and for his Complaint against Defendants Reubin Simantov, doing business as R Simantov Fine Jewelry, and Reubin Simantov, Inc. ("Defendants"), alleges as follows:

## JURISDICTION AND PARTIES

1.      Plaintiff is an individual, doing business as Michael A. Gomez Designs, and is a citizen of the State of Jersey.

2.      On information and belief, Defendant Reubin Simantov is an individual residing at 15 West 84th Street, New York, New York, and is a citizen of the State of New York. On information and belief, Defendant Reubin Simantov, Inc. is a business corporation organized under the laws of the state of New York, and has a principal place of business located at 10 West 47th Street, Booth 49, New York, New York 10036.

3.      This is an action for copyright infringement arising under the United States Copyright Act, 17 USC §101, et. seq.  This Court has subject matter jurisdiction over this claim pursuant to 17 USC §§501-509 and 28 USC §§1331 and 1338.

4.      Venue lies in the Southern District of New York pursuant to 28 U.S.C. §§1391 and 1400 in that Defendants transact business and/or reside in this district, and/or a substantial part of the events giving rise to Plaintiff's claim occurred in this district.

## COUNT I – COPYRIGHT INFRINGEMENT

5.      Plaintiff is the creator, author, and owner of all rights of copyright in and to the jewelry designs for certain necklaces, including the Sunshine Feather Necklace depicted in Exhibit A attached hereto and incorporated by reference (the "Sunshine Feather Necklace").

6.      On September 25, 2007, Plaintiff submitted to the United States Copyright Office the requisite deposit, application and fee required for expedited registration of Plaintiff's rights of copyright in the jewelry design for the Sunshine Feather Necklace.  Copies of the copyright application and filing submission are attached as Exhibit B.

8.      The Copyright Office issued a Certificate of Registration for the Sunshine Feather Necklace effective September 28, 2007.  A copy of the Certification of Registration is attached as Exhibit C.

9.      Defendants, without authorization of Plaintiff as the owner of all rights of copyright in the jewelry design for the Sunshine Feather Necklace, and in violation of 17 U.S.C. §§ 101 et seq., have intentionally and willfully copied, distributed, and publicly displayed

-2-

MEI 7634434v.3

jewelry designs that are substantially similar to the Plaintiff's copyrighted jewelry design for the Sunshine Feather Necklace. Defendants' infringing jewelry designs are depicted in Exhibit D.

10.    Defendants sell and offers for sale the infringing jewelry designs, displays pictures thereof, and distribute the infringing jewelry designs on and through their interactive website, www.rsimantov.com, which is transmitted into, and which is accessible from, any computer located within the State of New York. Defendants also maintain a post office box at Planetarium Station in New York, New York, which Defendants represent is the business address of R Simantov Fine Jewelry. Defendants have further solicited sales of jewelry designs that are substantially similar to the Sunshine Feather Necklace and has ordered copies of such copyrighted work through Platina Casting, located at 2 West 47th Street #502, New York, New York, 10036.

11.    Defendants also are displaying, or have displayed, Plaintiff's copyrighted work at trade shows and galleries located in Massachusetts, Arizona, and London, England.

12.    Defendants' actions constitute copyright infringement and have caused and will continue to cause Plaintiff irreparable harm and injury unless enjoined by this Court.

13.    By reason of Defendants' infringement of Plaintiff's copyright in the designs for the Sunshine Feather Necklace, Defendants have derived revenues and profits attributable to said infringements, the amount of which has yet to be ascertained. Plaintiff also has suffered actual damages, including lost profits, in an amount yet to be ascertained, and irreparable harm to its goodwill, reputation, market share and advantageous business relationships.

-3-

14.    Defendants' infringement of Plaintiff's copyright in the designs for the

Sunshine Feather Necklace was committed "willfully" as that term is used in 17 U.S.C. §

504(c)(2). At all times mentioned herein, and upon information and belief, Defendants were

aware of, and had reason to believe, that their acts constituted infringement of Plaintiff's

copyright, and because Plaintiff has placed Defendants on notice of its claims the continuing

infringements have been willful.

15.    Plaintiff also is the creator, author, and owner of all rights of copyright in

and to the designs for certain other jewelry including the following:

a.    the Open Feather Necklace depicted in Exhibit E attached hereto

and incorporated by reference (the "Open Feather Necklace");

b.    the Feather Earrings depicted in Exhibit F attached hereto and

incorporated by reference (the "Feather Earrings");

c.    the Mussel Necklace depicted in Exhibit G attached hereto and

incorporated by reference (the "Mussel Necklace");

d.    the Mussel Earrings depicted in Exhibit H attached hereto and

incorporated by reference (the "Mussel Earrings");

e.    the Feather Puff Cuff depicted in Exhibit I attached hereto and

incorporated by reference (the "Feather Puff Cuff"); and

f.    the Snake Bracelet depicted in Exhibit J attached hereto and

incorporated by reference (the "Snake Bracelet").

-4-

16. On September 25, 2007, Plaintiff submitted to the United States Copyright Office the requisite deposit, application and fee required for registration of Plaintiff's rights of copyright in the jewelry designs for the Open Feather Necklace; Feather Earrings; Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet. Copies of the copyright applications and filing submissions are attached as Exhibits K, L, M, N, O and P, respectively.

17. Plaintiff anticipates that the Copyright Office will issue certificates of registration for the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet shortly.

18. Defendants, without authorization of Plaintiff as the owner of all rights of copyright in the jewelry designs for the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, and in violation of 17 U.S.C. §§ 106A et seq., have intentionally and willfully publicly displayed Plaintiff's copyrighted jewelry designs for the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, without attributing the authorship of those designs to Plaintiff.

19. Defendants' display of the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, without attributing the authorship of those designs to Plaintiff was committed "willfully" as that term is used in 17 U.S.C. § 504(c)(2). At all times mentioned herein, and upon information and belief, Defendants were aware of, and had reason to believe, that their acts constituted infringement of Plaintiff's copyright, and because Plaintiff has placed Defendants on notice of its claims the continuing infringements have been willful.

-5-

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.    Temporarily, preliminarily and permanently restraining and enjoining Defendants, and their employees, officers, agents, representatives, successors and assigns, and all those acting in active concert or participation with them, against further infringement of Plaintiff's copyrighted jewelry design, including the direct or indirect copying, manufacturing, displaying, vending, distributing, selling, promoting, advertising, using, or disposing of in any manner of the infringing jewelry for the Sunshine Feather Necklace, or any derivative works thereof, and any other copyrightable subject matter owned by Plaintiff.

B.    Temporarily, preliminarily and permanently restraining and enjoining Defendants, and their employees, officers, agents, representatives, successors and assigns, and all those acting in active concert or participation with them, against further public display of the Open Feather Necklace, Feather Earrings, Mussel Necklace, Mussel Earrings, Feather Puff Cuff and Snake Bracelet, without attributing the authorship of those designs to Plaintiff.

C.    An order requiring the Defendants to impound and to recall all infringing materials, designs, products, molds, models and tools from manufacturers, intermediaries, and all levels of distribution, and to deliver them to Plaintiff or its counsel for destruction;

D.    That all other materials, designs, products, molds, models and tools relating to the infringing jewelry and its packaging in the possession or control of Defendants,

MEI 7634434v.3

including all means of production of the infringing works, be delivered and/or destroyed as the Court shall direct, pursuant to 17 U.S.C. §§503 and 509.

      E.     Copyright damages in the greater of:

      (1)     the actual damages suffered by Plaintiff as a result of Defendants' infringement of Plaintiff's copyright and profits derived by Defendants from their infringement of Plaintiff's copyright; or

      (2)     maximum statutory damages for infringement of Plaintiff's copyright pursuant to 17 U.S.C. § 504(c)(1) and (2).

      F.     That Defendants be required to provide an accounting of their financial records to determine the amount of Defendants' profits and other unjust enrichment sums attributable to Defendants' unlawful acts;

      G.     That Defendants be required to pay Plaintiff its costs and attorneys fees pursuant to the Copyright Act.

      H.     An order awarding compensatory, treble and punitive damages, attorneys' fees, costs of suit, and pre-judgment interest; and

      I.     For such other and further relief as the Court deems just and equitable.

ME1 7634434v.3

**McCARTER & ENGLISH, LLP**
Attorneys for Plaintiff Michael A. Gomez,
d/b/a Michael A. Gomez Designs

Dated: September 2, 2008          By: _____

Gary H. Fechter
245 Park Avenue
27th Floor
New York, N.Y. 10167-0001
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
e-mail: gfechter@mccarter.com


## DEMAND FOR TRIAL BY JURY

Plaintiff demands a jury on all issues so triable pursuant to Rule 38(b) of the

Federal Rules of Civil Procedure.


**McCARTER & ENGLISH, LLP**
Attorneys for Plaintiff Michael A. Gomez,
d/b/a Michael A. Gomez Designs

Dated: September 2, 2008          By: _____

Gary H. Fechter
245 Park Avenue
27th Floor
New York, N.Y. 10167-0001
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
e-mail: gfechter@mccarter.com

-8-

ME1 7634434v.3

# EXHIBIT A



One 18k Gold Clasp with two rose cut Diamonds set on both sides of clasp and two
18k Gold Feather cones. Attached to each end of Feather Cones are the two ends of cord.

75 Feather sections.
Alternating every 2 sections
Silver and 18k. Gold

The cord goes through
each Feather section. When
there is no slack each section
inter- lock with each other.

The Feather section
graduate from 5/16"
to 2" long.

Sunshine
Feather Necklace
by Michael A. Gomez

Side view of
a Feather section

# EXHIBIT B



McCARTER
ENGLISH
ATTORNEYS AT LAW

September 25, 2007

VIA EXPRESS MAIL

Special Handlings
Copyright Receiving and Processing
P.O. Box 71380
Washington, DC 20024-1380

Re:  Expedited Processing of Application to Register Copyright

Elizabeth M. Swift

Associate
T. 860.275.6738
F. 860.550.5949
eswift@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Dear Sir or Madam:

Attached hereto is an application for copyright registration for a work of the visual
arts, namely, a jewelry design entitled "Sunshine Feather Necklace". In keeping
with the statutory requirements for registration, this submission includes a fully filled
and executed Form VA, one set of identifying material, and a check in the amount of
$45 to cover the fee for registration.

The author, by and through his attorney, **hereby requests EXPEDITED
PROCESSING of this application** for registration, on the grounds that there is
prospective litigation to enforce his rights of display and attribution of this work. A
second check in the amount of $685 is enclosed to cover the fee for special
handling.

If special handling is not available or if the Register of Copyrights has any questions
regarding this submission, please contact the undersigned attorney by telephone at
860-275-6738.

Respectfully Submitted,

*Elizabeth M. Swift*

Elizabeth M. Swift

Enclosures

ME1 6790425v.1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____    VAU _____

EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Sunshine Feather Necklace

NATURE OF THIS WORK ▼ See Instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1969

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA ___
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**

Year in Which Creation of This Work Was
Completed ___ 2003 ___
Year in all cases.
This information must be given

Date and Nation of First Publication of This Particular Work
Complete this information Month ___ Day ___ Year ___
ONLY if this work has been published.    Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey  07726

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼         **a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
Name ▼                                              Account Number ▼    **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼   **b**
Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

Area code and daytime telephone number   ( 860 ) 275-6738        Fax number   ( 860 ) 560-5949

Email    eswift@mccarter.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Michael Gomez
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Elizabeth M. Swift                                              Date *September 25, 2007*

Handwritten signature (X) ▼

X *Elizabeth M. Swift*

**9**

Certificate will be mailed in window envelope to this address:

| Name ▼ |
|---|
| Number/Street/Apt ▼ |
| City/State/ZIP ▼ |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-320-958/60.126



75 Feather sections.
Alternating every 2 sections
Silver and 18k. Gold

One 18k Gold Clasp with two rose cut Diamonds set on both sides of clasp and two
18k Gold Feather cones. Attached to each end of Feather Cones are the two ends of cord.

Side view of
a Feather section

The cord goes through
each Feather section. When
there is no slack each section
inter-lock with each other.

The Feather section
graduate from 5/16"
to 2" long.

Sunshine
Feather Necklace
by Michael A. Gomez

MCCARTER & ENGLISH, LLP
CITYPLACE, 185 ASYLUM STREET
HARTFORD, CT 06103

BANK OF AMERICA
CITYPLACE, HARTFORD, CT

100516

55-33/212 NJ
63442

FED TAX I.D. 22-1534652

DATE    09-20-07

| AMOUNT |
| --- |
| $45.00 |

VOID AFTER 90 DAYS

*FORTY FIVE AND 00/100 DOLLARS*

REGISTER OF COPYRIGHTS
LIBRARY OF CONGRESS, COPYRIGHT OFFICE
101 INDEPENDENCE AVE., S.E.
WASHINGTON, DC 20559-6000

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

⑈100516⑈ ⑆021200339⑆ 0038151386 27⑈

ABSENCE OF PINK U.S. PATENT NUMBERS UNDER SIGNATURE INDICATES CHECK IS FRAUDULENT. PATENT NUMBERS ARE PRINTED WITH HEAT SENSITIVE INK & WILL DISAPPEAR WHEN BLOWING OR RUBBING

MCCARTER & ENGLISH, LLP ATTORNEY BUSINESS ACCT        CHECK DATE: 09-20-07    CHECK NO.:    100516

| DATE | INVOICE | VOUCHER | DESCRIPTION | NET | | |
| --- | --- | --- | --- | --- | --- | --- |
| 09-19-07 | SUNSHINE NECKLAC | 479476 | | 45.00 | | |
| | | | | | | |

| VENDOR: | REGISTER OF COPYRIGHTS | | REF NO.: | | TOTAL | $45.00 |
| --- | --- | --- | --- | --- | --- | --- |

MCCARTER & ENGLISH, LLP
CITYPLACE, 185 ASYLUM STREET
HARTFORD, CT 06103

BANK OF AMERICA
CITYPLACE, HARTFORD, CT

100508

55-33/212 NJ
63442

FED TAX I.D. 22-1534652

DATE    09-20-07

AMOUNT

$685.00

***SIX HUNDRED EIGHTY-FIVE AND 00/100 DOLLARS***

VOID AFTER 90 DAYS

TO THE
ORDER
OF

REGISTER OF COPYRIGHTS
LIBRARY OF CONGRESS, COPYRIGHT OFFICE
101 INDEPENDENCE AVE., S.E.
WASHINGTON, DC 20559-6000

SIGNATURE AREA CONTAINS A KNIGHT & FINGERPRINT CHECK WORDING

⑈100508⑈ ⑊021200339⑊ 0038151386 27⑊

ABSENCE OF PINK U.S. PATENT NUMBERS UNDER SIGNATURE INDICATES CHECK IS FRAUDULENT. PATENT NUMBERS ARE PRINTED WITH HEAT SENSITIVE INK & WILL DISAPPEAR WHEN BLOWING OR RUBBING

MCCARTER & ENGLISH, LLP ATTORNEY BUSINESS ACCT     CHECK DATE: 09-20-07     CHECK NO.:     100508

| DATE | INVOICE | VOUCHER | DESCRIPTION | NET | | |
|------|---------|---------|-------------|-----|--|--|
| 09-19-07 | 091907EMS | 479455 | | 685.00 | | |
| | | | | | | |
| VENDOR:     REGISTER OF COPYRIGHTS | | | REF NO.: | | TOTAL | $685.00 |

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 952-026

**Effective date of
registration:**

September 28, 2007

## Title

**Title of Work:** Sunshine Feather Necklace

**Nature of Work:** Jewelry Design

## Completion/Publication

**Year of Completion:** 2003

## Author

■  **Author:** Michael A. Gomez

**Author Created:** Jewelry design

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1969

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Michael A. Gomez

25 Park Avenue, Englishtown, NJ 07726

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Elizabeth M. Swift, authorized agent of Michael Gomez

**Date:** September 25, 2007

IPN#:

**‹ ‹**

Registration #:

**\* V A U 0 0 0 9 5 2 0 2 6 \***

Service Request #:  1-1295121I1

McCarter & English, LLP
Elizabeth M. Swift
City Place 1, 185 Asylum Street
Hartford, CT 06103-3495

# EXHIBIT D

R SIMANTOV



**R SIMANTOV**

EARRINGS    BRACELETS    BROOCHES    NECKLACES    RINGS    CUFFLINKS                    COLLECTION    THE DESIGNER



The Feathers
Necklace of alternating 18K
gold and fine silver feathers.

download Flash Player | web design by Truax and Company

# The **Metal** Gallery

| Artists | Exhibitions | Weblog |
| --- | --- | --- |
| Contact | | |

---

Art as a Jewel
   ROWLANDSON
   SIMANTOV
   RATING
Silver & Copper
Metalwork Sculpture
Steel & Other Metals

# SIMANTOV

« Previous | Main Page | Next »



Artist:
**REUBIN SIMANTOV (c.1910-2005)**
Title:
**Gold necklace**
Description:
An 18K green gold necklace of graduated feathers, in the form of two wings.

**Contact The Metal Gallery about this piece »**

# EXHIBIT E

# Open Feather Necklace



Rivets through
steel spring wire

2 3/4"

45 gold feather sections that inter-lock

Side view of
a feather link

## by Michael A. Gomez

# EXHIBIT F



# Feather Earrings
## by Michael A.Gomez

side view

One gold piece set with a stone and a clip back attached

Chain going through feather cones. When there is no slack the feather cones go inside each other.

Three Feather cone sizes

Four gold feathers with swivle, dangling from gold cup attached to chain

1 1/4"

2¼"

# EXHIBIT G



Seahorse Clasp:
One gold piece with gemstone
set in belly of seahorse and in eyes.
Tail of seahorse hookes into
link attached to mussel link

Eight sizes of gold
mussel links

Swivle allowing
mussel link to spin

Rivet through top of one
mussel link and through
the bottom of the next
mussel link

Rivet

1"

approx.
5¼"

# Mussel Necklace

## by Michael A. Gomez



# EXHIBIT H

# Mussel Earrings

by Michael A. Gomez

Side view of crab clips:
Two gold pieces set with
gemstone and a clip back attached





Swivle attached to bezel
with a stone set, making
the three gold mussel
links spin

Rivets through top
of one gold mussel
link and through the
bottom of the next
gold mussel link

Chain attached to the
inside of mussel link
then to a stone

Three sizes of gold
mussel links

1 3/4"



# EXHIBIT I

# Feather Puff Cuff
## by Michael A. Gomez 

7/8"

= One gold piece

= Two gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces with stones set

Top view



Spring opens to slip wrist in

Rivets through spring steel holding in place

3 1/4"

# EXHIBIT J

# Snake Bracelet

### by Michael A. Gomez 



Snake head one piece with six rosecut
and two color stones for eyes

1/2"

Eight sizes of cups with five
rosecut diamond set in each

One tail piece with
rosecut diamonds

approx 2 1/4"

Steel spring

Chain linked to
steel spring

Rivet through
chain making
tail dangle

Rivet through
steel spring
holding head

Top view of a set
snake cup

Spring opening for wrist
to slip in

# EXHIBIT K

For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| | VA | VAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

Open Feather Necklace

NATURE OF THIS WORK ▼ See instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1969

Was this contribution to the work a
"work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ USA
      Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
      Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was
Completed    2003

This information must be given
Year  in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work
has been published.    Month ____  Day ____  Year ____

Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

5

EXAMINED BY _____    FORM VA

CHECKED BY _____

| ☐ | CORRESPONDENCE Yes |
|---|---|

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

Area code and daytime telephone number    ( 860 ) 275-6738    Fax number    ( 860 ) 560-5949

Email    eswift@mccarter.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Michael Gomez

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift    Date September 25, 2007

Handwritten signature (X) ▼

X _Elizabeth M. Swift_

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Number/Street/Apt ▼ |
| | City/State/ZIP ▼ |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper    U.S. Government Printing Office: 2004-320-658/60,128

# Open Feather Necklace



Rivets through
steel spring wire

2 3/4"

45 gold feather sections that inter-lock

Side view of
a feather link

## by Michael A. Gomez

# EXHIBIT L

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Feather Earrings

NATURE OF THIS WORK ▼ See Instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see Instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  NAME OF AUTHOR ▼
Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
1969

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR  Citizen of _____ USA
    Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph             ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design         ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR  Citizen of _____
    Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph             ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design         ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was
Completed    2004

This information must be given Year ☐ in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____        Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06103-3495

Area code and daytime telephone number  ( 860 ) 275-6738          Fax number  ( 860 ) 560-5949

Email  eswift@mccarter.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author<br>☐ other copyright claimant<br>☐ owner of exclusive right(s)<br>☑ authorized agent of  Michael Gomez }

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift          Date _September 25, 2007_

Handwritten signature (X) ▼

X _Elizabeth M. Swift_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ |
|---|---|
| | Number/Street/Apt ▼ |
| | City/State/ZIP ▼ |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006    Print: 07/2006—30,000    Printed on recycled paper          U.S. Government Printing Office: 2004-320-936/60,126



# Feather Earrings
## by Michael A.Gomez

side view

One gold piece set with a stone and a clip back attached

Three Feather cone sizes

Chain going through feather cones. When there is no slack the feather cones go inside each other.

Four gold feathers with swivle, dangling from gold cup attached to chain

1 1/4"

2 1/4 "

# EXHIBIT M

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Mussell Necklace

NATURE OF THIS WORK ▼ See instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1969

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ USA _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a**

Year In Which Creation of This Work Was Completed
2005

This information must be given Year in all cases.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.

Month _____ Day _____ Year _____
Nation _____

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-6) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

4

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**a**

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

**b**

Area code and daytime telephone number    ( 860 ) 275-6738                    Fax number    ( 860 ) 560-5949

Email    eswift@mccarter.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of  Michael Gomez
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift                                              Date September 25, 2007

Handwritten signature (X) ▼

X  _Elizabeth M. Swift_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/ZIP ▼

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-330-958/60,125

Seahorse Clasp:
One gold piece with gemstone
set in belly of seahorse and in eyes.
Tail of seahorse hookes into
link attached to mussel link

Eight sizes of gold
mussel links



Swivle allowing
mussel link to spin

Rivet through top of one
mussel link and through
the bottom of the next
mussel link

Rivet

1"

approx
5'¼"

# Mussel Necklace

## by Michael A. Gomez



# EXHIBIT N

Copyright Office fees are subject to change.
For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Mussell Earrings

NATURE OF THIS WORK ▼ See Instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**

NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1969

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
      Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☑ Jewelry design  ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
      Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**3**
**a**

Year in Which Creation of This Work Was Completed
2005

This information must be given
Year  in all cases.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information Month ___ Day ___ Year ___  Nation ___
ONLY if this work has been published.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey  07726

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

3

| EXAMINED BY | FORM VA |
|---|---|

| CHECKED BY | |
|---|---|

| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift

McCarter & English, LLP

185 Asylum Street

Hartford, CT  06103-3495

**b**

Area code and daytime telephone number  ( 860 ) 275-6738          Fax number  ( 860 ) 560-5949

Email  eswift@mccarter.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Michael Gomez

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift                                          Date September 25, 2007

Handwritten signature (X) ▼

x _Elizabeth M. Swift_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ | **SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material |
| | City/State/ZIP ▼ | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-320-958/60,136

# Mussel Earrings

by Michael A. Gomez

Side view of crab clips:
Two gold pieces set with
gemstone and a clip back attached



Swivle attached to bezel
with a stone set, making
the three gold mussel
links spin

Rivets through top
of one gold mussel
link and through the
bottom of the next
gold mussel link

Chain attached to the
inside of mussel link
then to a stone

Three sizes of gold
mussel links

1 3/4"



# EXHIBIT O

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

Feather Puff Cuff

NATURE OF THIS WORK ▼ See Instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2** **a** NAME OF AUTHOR ▼

Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
1969

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA ___
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design     ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed
2004
Year In all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.                                    Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See Instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

2

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06103-3495

Area code and daytime telephone number    ( 860 ) 275-6738          Fax number    ( 860 ) 560-5949

Email    eswift@mccarter.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Michael Gomez

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift          Date September 25, 2007

Handwritten signature (X) ▼

X Elizabeth M. Swift

| Certificate will be mailed in window envelope to this address: | Name ▼ |
| --- | --- |
| | Number/Street/Apt ▼ |
| | City/State/ZIP ▼ |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA    Rev: 07/2006    Print: 07/2006—30,000    Printed on recycled paper          U.S. Government Printing Office: 2004-320-958/60,125

# Feather Puff Cuff
## by Michael A. Gomez 



7/8"

= One gold piece

= Two gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces

= Four gold pieces

= Two gold pieces with stones set

Top view

Spring opens to slip wrist in

Rivets through spring steel holding in place

3 1/4"

# EXHIBIT P

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

Snake Bracelet

NATURE OF THIS WORK ▼ See Instructions

Jewelry Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

**2**
NAME OF AUTHOR ▼
**a** Michael Gomez

DATES OF BIRTH AND DEATH
Year Born ▼ 1969    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile Name of Country
OR { Citizen of _____ USA
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design  ☐ Architectural work

Name of Author ▼
**b**

Dates of Birth and Death
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed  2003
This information must be given in all cases.
Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation _____

**4**
See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Gomez
25 Park Avenue
Englishtown, New Jersey 07726

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

6

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br> Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Elizabeth M. Swift
McCarter & English, LLP
185 Asylum Street
Hartford, CT  06103-3495

**b**

Area code and daytime telephone number    ( 860 ) 275-6738                Fax number    ( 860 ) 560-5949

Email    eswift@mccarter.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Michael Gomez
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elizabeth M. Swift                                      Date  *September 25, 2007*

Handwritten signature (X) ▼

X  *Elizabeth M. Swift*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE: |
| | Number/Street/Apt ▼ | 1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | | MAIL TO:<br>Library of Congress |
| | City/State/ZIP ▼ | Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-320-953 / 60,126

# Snake Bracelet

### by Michael A. Gomez 



Snake head one piece with six rosecut
and two color stones for eyes

1/2"

Eight sizes of cups with five
rosecut diamond set in each

One tail piece with
rosecut diamonds

2 1/4"

Steel spring

Chain linked to
steel spring

Rivet through
chain making
tail dangle

Rivet through
steel spring
holding head

Top view of a set
snake cup

Spring opening for wrist
to slip in