UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MICHAEL A. GOMEZ d/b/a MICHAEL A. GOMEZ DESIGNS,

          Plaintiff,

-v-

REUBIN SIMANTOV d/b/a R SIMANTOV FINE JEWELRY and REUBEN SIMANTOV, INC.,

          Defendants.

No. 08 Civ. 7590(RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court conducted a status conference in this matter on February 20, 2009. Counsel for all parties appeared. For the reasons discussed at the conference, this matter will be referred to the Honorable Douglas F. Eaton, Magistrate Judge, for settlement discussions. Accordingly, IT IS HEREBY ORDERED THAT, by March 20, 2009, the parties shall submit a letter regarding the progress of their settlement discussions and the status of their pending applications for Certificates of Registration. Should this matter not be resolved beforehand, the parties' status letter shall also include a revised proposed case management plan.

SO ORDERED.

DATED:    February 20, 2009
              New York, New York

                                                RICHARD J. SULLIVAN
                                               UNITED STATES DISTRICT JUDGE